# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2581 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 34 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 45333 |
| | : | |
| KENNETH LASCH SMUKLER, | : | (Montgomery County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of June, 2019, upon consideration of the Verified Statement of Resignation, Kenneth Lasch Smukler is disbarred on consent from the Bar of this Commonwealth, retroactive to April 1, 2019. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217, and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).

Justice Todd and Justice Wecht did not participate in this matter.